# Court of Appeals
# of the State of Georgia

ATLANTA, June 23, 2026

*The Court of Appeals hereby passes the following order:*

## A26E0204. RODGERS v. WILLARD WRECKER SERVICE.

Upon consideration of the appellant's emergency motion to stay pending appeal, the same is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/23/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*